# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2014

## NO. 03-13-00697-CV

**J. Y. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM 340TH DISTRICT COURT OF TOM GREEN COUNTY**
**BEFORE JUSTICES JONES, PEMBERTON AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the decree signed by the trial court on October 2, 2013 terminating appellant's parental rights. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's decree. Therefore, the Court affirms the trial court's decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.